```
 1  VALLE MAKOFF LLP
    JEFFREY B. VALLE (Bar No. 110060)
 2      jvalle@vallemakoff.com
    DAVID S. SHUKAN (Bar No. 143683)
 3      dshukan@vallemakoff.com
    11911 San Vicente Boulevard, Suite 324
 4  Los Angeles, California 90049
    Telephone:  (310) 476-0300
 5  Facsimile:   (310) 476-0333
 6
    Attorneys for Defendants
 7  WB Commerce, LLC and Wesley Berry
 8
 9              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
10                    WESTERN DIVISION
11
12  TELEFLORA LLC, a Delaware limited      Case No._____
    liability company,
13
                  Plaintiff,
14                                          DEFENDANTS'
                                            DISCLOSURE STATEMENT
15          v.                              PER F.R.C.P. 7.1(a) AND
                                            NOTICE OF INTERESTED PARTIES
16  WB COMMERCE, LLC d/b/a/ WESLEY         PER LOCAL RULE 7.1-1
    BERRY FLOWERS, a Michigan limited
17  liability company, and WESLEY
    BERRY, an individual, and Does 1-50,   Removed From:
18  inclusive,                              Los Angeles Superior Court,
                                            County of Los Angeles,
19                Defendants.               State Court of California
                                            (State Case No. BC581607)
20
21
22
23
24
25
26
27
```

DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and Local Rule 7.1-1, Defendants WB Commerce, LLC and Wesley Berry (collectively, "Defendants") provide this Disclosure Statement and Notice of Interested Parties.

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, counsel for Defendants certifies that WB Commerce, LLC has no parent company, and no publicly traded corporation owns 10% or more of WB Commerce's stock. Defendant Wesley Berry is an individual and has no Rule 7.1(a) disclosure to make.

In accordance with Local Rule 7.1-1, the undersigned, counsel of record for Defendants, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. WB Commerce, LLC, as Defendant.
2. Wesley Berry, as Defendant.
3. Teleflora LLC, as Plaintiff.
4. Michigan Millers Mutual Insurance Company, as an insurance carrier that may be liable in whole or in part (directly or indirectly) for a judgment that may be entered in the action and/or for the cost of defense.
5. Illinois National Insurance Company, as an insurance carrier that may be liable in whole or in part (directly or indirectly) for a judgment that may be entered in the action and/or for the cost of defense.

DATED:  September 11, 2015          VALLE MAKOFF LLP

                                    By _____/s/ David S. Shukan_____
                                       David S. Shukan
                                       Attorneys for Defendants
                                       WB Commerce, LLC and Wesley Berry